UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NOBLE RESOURCES SA

        Plaintiff,

- against -

MERIDIAN BULK CARRIERS LIMITED

        Defendant.
------------------------------------------------------X

08 CV 6165 (JSR)
ECF CASE

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants in the above-captioned matter, and the claims having been resolved between the parties pursuant to the terms of a Settlement Agreement, this matter is voluntarily dismissed with prejudice, pursuant to the terms of the Settlement Agreement and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured to the Defendant, Meridian Bulk Carriers.

Dated: New York, NY
August 1, 2008

By: _____
Claurisse Campanale-Orozco (CC3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
corozco@tisdale-law.com

U.S.D.J.
8-1-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-4-08